BENJAMIN APFEL, Respondent, *v.* LONDON GUARANTEE & ACCIDENT CO., LTD., Appellant.

Argued June 2, 1937; decided July 13, 1937.

*Everett W. Bovard* and *William E. Lowther* for appellant.

*Jacob Goldberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.